UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC 16  P 4: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

DEBRA S. FOLKERTS,
On Behalf Of Herself and All Others
Similarly Situated,

        Plaintiff,

v.

ALKERMES, INC., RICHARD F. POPS,
ROBERT A. BREYER, DAVID A. BROECKER,
MICHAEL LANDINE, JAMES M. FRATES
and JAMES L. WRIGHT,
        Defendants.

CIVIL ACTION NO.
03-12386 RCL

## JOINT MOTION AND [PROPOSED] ORDER
## TO EXTEND TIME TO RESPOND TO THE COMPLAINT

The parties hereto, by and through their counsel, hereby agree to extend the time within which defendants Alkermes, Inc., Richard F. Pops, Robert A. Breyer, David A. Broecker, Michael Landine, James M. Frates and James L. Wright (collectively the "Defendants") must answer, move or otherwise respond to the complaint in this action. Plaintiff has represented that she will file an amended complaint in this action. Thus, the parties respectfully request that the following briefing schedule be ordered in this case:

- The consolidated amended complaint shall be due sixty (60) days after the Court's selection of a lead plaintiff pursuant to § 78u-4(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.), as amended by the Private Securities Litigation Reform Act of 1995 (the "Reform Act").

- Defendants shall have sixty (60) days following the filing of the consolidated amended complaint to answer or otherwise respond to the complaint.

1

- If the Defendants move to dismiss the complaint or any amended complaint, plaintiff shall have sixty (60) days from the receipt of Defendants' motion to file her opposition thereto.

- Following the receipt of plaintiffs' opposition, Defendants shall have forty-five (45) days to file a reply brief in support of their motion to dismiss.

Dated: December 16, 2003

DEBRA S. FOLKERTS
On Behalf of Herself and All
Others Similarly Situated

By her attorneys,

*David Pastor*

David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850

Lionel Z. Glancy
Michael Goldberg
GLANCY & BINKOW LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
(310) 201-9150

Jeffrey M. Norton
WECHSLER HARWOOD LP
488 Madison Avenue, 8th Floor
New York, NY 10022
(212) 935-7400

Charles J. Piven (Of Counsel)
LAW OFFICES OF CHARLES J. PIVEN
The World Trade Center
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
(410) 332-0030

ALKERMES, INC., RICHARD F. POPS,
ROBERT A. BREYER, DAVID A.
BROECKER, MICHAEL LANDINE, JAMES
M. FRATES and JAMES L. WRIGHT

By their attorneys,

*Alexis Shapiro*

Brian E. Pastuszenski (BBO# 390130)
Steven D. Whetstone (BBO#562196)
Alexis L. Shapiro (BBO# 633562)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
High Street Tower
Boston, MA 02110
(617) 248-7000

IT IS SO ORDERED:

_____
United States District Judge

Dated: _____

FILED
IN CLERKS OFFICE

## CERTIFICATE OF SERVICE

2003 DEC 16  P 4: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

I, Alexis L. Shapiro, do hereby certify that on the sixteenth day of December, 2003, I caused a true copy of the Joint Motion And [Proposed] Order To Extend Time to Respond To The Complaint to be served on counsel for Plaintiff Debra S. Folkerts, David Pastor of Gilman and Pastor, LLP, Stonehill Corporate Center, 999 Broadway, Suite 500, Saugas, MA 01906 and Lionel Z. Glancy of Glancy & Binkow LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles, CA 90067, Jeffrey M. Norton of Wechsler Harwood LP, 488 Madison Avenue, 8th Floor, New York, NY 10022, and Charles J. Piven of Law Offices of Charles J. Piven, The World Trade Center, 401 East Pratt Street, Suite 2525, Baltimore, MD 21202 by First-class mail.

Dated: December 16th, 2003

_Alexis Shapiro_
Alexis L. Shapiro
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110

325/3.2726526