

FILED
IN CLERKS OFFICE

2003 DEC 29 P 3: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL BENNETT, On Behalf of Himself and All Others Similarly Situated,<br><br>           Plaintiff,<br><br>vs.<br><br>ALKERMES, INC., et al.,<br><br>           Defendants. | No. 03-CV-12091-RCL<br><br>CLASS ACTION |
| VINCENT RAGOSTA, On Behalf of Himself and All Others Similarly Situated,<br><br>           Plaintiff,<br><br>vs.<br><br>ALKERMES, INC., et al.,<br><br>           Defendants. | No. 03-CV-12184-RCL<br><br>CLASS ACTION |

[Caption continued on following page.]

MOTION OF SOUTHERN ALASKA CARPENTERS RETIREMENT TRUST TO
CONSOLIDATE CASES FOR ALL PURPOSES AND FOR AN ORDER REGARDING
PRESERVATION OF DOCUMENTS; REQUEST FOR ORAL ARGUMENT

| | |
|---|---|
| BARRY FAMILY LP, On Behalf of Itself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>ALKERMES, INC., et al.,<br><br>                Defendants. | Civil Action No. 03-CV-12243-RCL<br><br><u>CLASS ACTION</u> |
| JULIUS AND PHYLLIS WALTZER, On Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>ALKERMES, INC., et al.,<br><br>                Defendants. | Civil Action No. 03-CV-12277-RCL<br><br><u>CLASS ACTION</u> |
| DEBRA S. FOLKERTS, On Behalf of Herself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>ALKERMES, INC., et al.,<br><br>                Defendants. | Civil Action No. 03-CV-12386-RCL<br><br><u>CLASS ACTION</u> |
| JAMES P. SLAVAS, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>ALKERMES, INC., et al.,<br><br>                Defendants. | Civil Action No. 03-CV-12471-RCL<br><br><u>CLASS ACTION</u> |

The Southern Alaska Carpenters Retirement Trust hereby moves, pursuant to Rule 42 of the Federal Rules of Civil Procedure, to consolidate for all purposes the above-captioned six related actions and for an order regarding the preservation of documents. The basis for the motion is that the six related actions are virtually identical and raise common questions of fact and law. The motion is based on the memorandum of points and authorities filed herewith, the files and records in each of these six related cases and such other matters or arguments that the Court may consider at the hearing on this motion. Defendants do not oppose the Motion to Consolidate.

### REQUEST FOR ORAL ARGUMENT

Movant hereby requests oral argument on this motion.

DATED: December 29, 2003

Respectfully submitted,

MOULTON & GANS, P.C.

_____
NANCY FREEMAN GANS, BBO #184540

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 12/29/03.

33 Broad Street, Suite 1100
Boston, MA 02109
Telephone: 617/369-7979
617/369-7980 (fax)

[Proposed] Liaison Counsel

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
PATRICK J. COUGHLIN
JEFFREY W. LAWRENCE
CONNIE M. CHEUNG
SYLVIA SUM
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

- 1 -

        MILBERG WEISS BERSHAD
          HYNES & LERACH LLP
        WILLIAM S. LERACH
        401 B Street, Suite 1700
        San Diego, CA 92101
        Telephone: 619/231-1058
        619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

T:\pleadingsSF\alkermes\NOT00005032.doc