UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL BENNETT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT,<br><br>Defendants. | Civil Action No. 1:03-CV-12091 (RCL) |
| VINCENT RAGOSTA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT,<br><br>Defendants. | Civil Action No. 1:03-CV-12184 (RCL) |

[Captions continued on next page]

**DECLARATION OF PETER A. LAGORIO IN FURTHER SUPPORT OF
THE MOTION OF DANSKE CAPITAL TO BE APPOINTED LEAD PLAINTIFF, FOR
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND
LIAISON COUNSEL, AND IN OPPOSITION TO COMPETING MOTIONS**

| | |
|---|---|
| BARRY FAMILY LP, on behalf of itself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT, )<br><br>Defendants. ) | Civil Action No. 1:03-CV-12243 (RCL) |
| JULIUS WALTZER and PHYLLIS WALTZER, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT, )<br><br>Defendants. ) | Civil Action No. 1:03-CV-12277 (RCL) |

[Captions continued on next page]

00001438.WPD ; 1

| | |
|---|---|
| DEBRA S. FOLKERTS, on behalf of herself and all others similarly situated, )<br>)<br>) | |
| Plaintiff, )<br>) | |
| v. ) | Civil Action No. 1:03-CV-12386 (RCL) |
| )<br>ALKERMES, INC., RICHARD F. POPS, )<br>ROBERT A. BREYER, DAVID A. )<br>BROECKER, MICHAEL J. LANDINE, )<br>JAMES M. FRATES, and JAMES L. )<br>WRIGHT, )<br>)<br>) | |
| Defendants. ) | |
| JAMES P. SLAVAS, on behalf of himself and all others similarly situated, )<br>)<br>) | |
| Plaintiff, )<br>) | |
| v. ) | Civil Action No. 1:03-CV-12471 (RCL) |
| )<br>ALKERMES, INC., RICHARD F. POPS, )<br>ROBERT A. BREYER, DAVID A. )<br>BROECKER, MICHAEL J. LANDINE, )<br>JAMES M. FRATES, and JAMES L. )<br>WRIGHT, )<br>)<br>) | |
| Defendants. ) | |

Peter A. Lagorio, declares, under penalty of perjury:

1. I am an attorney at and a member of the law firm of Gilman and Pastor, LLP. I submit this Declaration in further support of the motion of Danske Capital to be appointed lead plaintiff, for approval of lead plaintiff's selection of lead counsel and liaison counsel, and in opposition to competing motions.

2. Attached hereto as Exhibit A is a true and correct copy of the signed declaration

liaison counsel.

3.  Attached hereto as Exhibit B is a true and correct copy of the Order Consolidating Related Actions, Appointing Lead Plaintiff, and Approving Lead Plaintiff's Counsel in *Gerald E. Vangsgard v. Ariba, Inc., et al.,* Civ. No. C-03-00277-JF (N.D. Cal. July 11, 2003).

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
PETER A. LAGORIO

## CERTIFICATE OF SERVICE

I Hereby Certify That A True Copy of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail (By Hand) On 1/12/04.

_____
Peter A. Lagorio