# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL BENNETT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:03-CV-12091 (RCL) |
| VINCENT RAGOSTA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:03-CV-12184 (RCL) |

[Captions continued on next page]

## MOTION OF DANSKE CAPITAL TO WITHDRAW ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

| | | |
|---|---|---|
| BARRY FAMILY LP, on behalf of itself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:03-CV-12243 (RCL) |
| ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| JULIUS WALTZER and PHYLLIS WALTZER, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:03-CV-12277 (RCL) |
| ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT, | ) ) ) ) ) ) | |
| Defendants. | ) | |

[Captions continued on next page]

DEBRA S. FOLKERTS, on behalf of )
herself and all others similarly situated, )
                                            )
            Plaintiff,                      )
                                            )
    v.                                      )        Civil Action No.  1:03-CV-12386 (RCL)
                                            )
ALKERMES, INC., RICHARD F. POPS,            )
ROBERT A. BREYER, DAVID A.                  )
BROECKER, MICHAEL J. LANDINE,               )
JAMES M. FRATES, and JAMES L.               )
WRIGHT,                                     )
                                            )
            Defendants.                     )

JAMES P. SLAVAS, on behalf of himself   )
and all others similarly situated,          )
                                            )
            Plaintiff,                      )
                                            )
    v.                                      )        Civil Action No.  1:03-CV-12471 (RCL)
                                            )
ALKERMES, INC., RICHARD F. POPS,            )
ROBERT A. BREYER, DAVID A.                  )
BROECKER, MICHAEL J. LANDINE,               )
JAMES M. FRATES, and JAMES L.               )
WRIGHT,                                     )
                                            )
            Defendants.                     )

Danske Capital, on behalf of their undersigned counsel, hereby moves this Court to allow

it to voluntarily withdraw its motion for appointment as Lead Plaintiff in this action, and in

support of said motion aver the following:

1.      On December 29, 2003, Danske Capital filed a Motion for appointment as Lead

Plaintiff in the above captioned action.

2.      On January 12, 2003, opposition briefs were filed by both Danske Capital and the

Southern Alaska Carpenters Retirement Trust.

3.    As detailed in the attached Declaration Of Danske Capital And Danske Bank In

Support Of The Withdrawal Of Danske Capital For Appointment As Lead Plaintiff, upon further

discussion with their corporate parent, Danske Capital determined that it could no longer pursue

appointment as a lead plaintiff in this action.

WHEREFORE, Danske Capital respectfully requests that its Motion for appointment as

lead plaintiff be with withdrawn.

Respectfully submitted,

**GILMAN AND PASTOR, LLP**

_David Pastor_

David Pastor (BBO # 391000)
Peter A. Lagorio (BBO # 567379)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone:     (781) 231-7850
Facsimile:     (781) 231-7840

**Proposed Liaison Counsel**

**SCHIFFRIN & BARROWAY, LLP**
Andrew L. Barroway
Stuart L. Berman
Darren J. Check
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
Telephone:     (610) 667-7706
Facsimile:     (610) 667-7056

**Proposed Lead Counsel**

**CERTIFICATE OF SERVICE**

**I Hereby Certify That A True Copy of
The Above Document Was Served Upon
The Attorney Of Record For Each Other
Party By Mail (By Hand) On 1/23/04**