UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL BENNETT, On Behalf of Himself<br>and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALKERMES, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  03-CV-12091-RCL |
| VINCENT RAGOSTA, On Behalf of<br>Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALKERMES, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  03-CV-12184-RCL |
| BARRY FAMILY LP, On Behalf of Itself<br>and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALKERMES, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  03-CV-12243-RCL |

[Caption continued on following page]

JULIUS AND PHYLLIS WALTZER, On )     Civil Action No.  03-CV-12277-RCL
Behalf of Themselves and All Others )
Similarly Situated, )
)
               Plaintiffs, )
)
      vs. )
)
ALKERMES, INC., et al., )
)
            Defendants. )
)
_____ )
DEBRA S FOLKERTS, On Behalf of )     Civil Action No.  03-CV-12386-RCL
Herself and All Others Similarly Situated, )
)
              Plaintiff, )
)
      vs. )
)
ALKERMES, INC., et al., )
)
            Defendants. )
)
_____ )
JAMES P.  SLAVAS, On Behalf of Himself )     Civil Action No.  03-CV-12471-RCL
and All Others Similarly Situated, )
)
              Plaintiff, )
)
      vs. )
)
ALKERMES, INC., et al., )
)
            Defendants. )
)
_____ )

## ORDER FOR CONSOLIDATION

     It is hereby ordered that the above-captioned cases be and they hereby are consolidated

for all purposes.  The consolidated action shall be captioned *"In Re Alkermes Securities*

*Litigation"* and will bear docket no. 03-12091-RCL. All papers that otherwise would have been

filed in the individual cases shall hereafter be filed in the consolidated action. All of the individual

cases, except case no. 03-12091-RCL, shall be closed and terminated on the court's docket. All

securities actions filed in this court, as related to the consolidated action, shall be consolidated

with the consolidated action. The court requests the assistance of counsel in calling to the

attention of the clerk of this court the filing in or transfer to this court of any case that should be

consolidated with the consolidated action.

      SO ORDERED.


           /s/ REGINALD C. LINDSAY
           United States District Judge

DATED: May 14, 2004